1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    DEMAR SHANTA RHOME,

9                              Plaintiff,

10        v.

11    GRANDTHOM, et al.,

12                              Defendant.

CASE NO. 3:25-cv-06027-LK-BAT

**ORDER DENYING MOTION FOR RELEASE AND TRANSFER TO FAIRFAX HOSPITAL, DKT. 13.**

13        Plaintiff, a prisoner of the Department of Corrections Clallam Bay Corrections Center,

14    filed a § 1983 civil rights complaint on November 13, 2025, and moved for release on November

15    24, 2025. Dkts. 1 and 6. The Court denied the motion for release; on December 1, 2025, Plaintiff

16    filed a second motion for transfer or release arguing his criminal judgment is unconstitutional,

17    Dkt. 7, which the Court denied.

18        Before the Court is Plaintiff's December 31, 2025 motion requesting transfer to Fairfax

19    Hospital in Kirkland Washington. Dkt. 13. Fairfax Hospital is a not a Department of Corrections

20    facility and the Court cannot order Plaintiff's release from Department of Corrections custody as

21    it would effectively undermine the prison sentence imposed by the state court. As the Court

22    noted in denying Plaintiff's December 7, 2025 motion for release, Plaintiff has also filed a

23    federal writ of habeas corpus. *See Rhome v. Reetz*, 2:25-cv-02176-BJR-DWC. In his habeas

ORDER DENYING MOTION FOR RELEASE
AND TRANSFER TO FAIRFAX HOSPITAL,
DKT. 13. - 1

1   action, Plaintiff also moved to be transferred from his current prison and that he be released.

2   Both motions were denied, and the Court will not relitigate Plaintiff's requests again.

3   Additionally, the motion for transfer is premature in that an order directing service was only

4   recently issued and Defendants have not yet appeared. Accordingly, the Court ORDERS:

5          1.     The motion for transfer to Fairfax Hospital or another non-DOC facility is

6   DENIED. Dkt. 13.

7          2.     The clerk shall provide Plaintiff a copy of this order.

8          DATED this 12th day of January, 2026.

9

10                                    _____

                                      BRIAN A. TSUCHIDA
11                                    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION FOR RELEASE
AND TRANSFER TO FAIRFAX HOSPITAL,
DKT. 13. - 2