UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEMAR SHANTA RHOME,

                        Plaintiff,

        v.

GRANDTHOM, et al.,

                        Defendants.

CASE NO. 3:25-cv-06027-LK-BAT

**ORDER DENYING MOTION FOR PRESENCE AND PRODUCTION OF VIDEO, DKTS. 31 AND 32.**

On February 27, 2026, Plaintiff filed motions in which he requests he be permitted to be physically present at trial, and Defendants be compelled to produce video recordings from July 8, 2025 to February 27, 2026. *See* Dkts. 31 and 32. Defendants filed responses opposing the motions on the grounds they fail to conform to the Court's scheduling order, Plaintiff has not served his discovery requests on Defendants and Plaintiff has made no attempt to meet and confer to resolve the discovery requests as required by local rule. Dkts. 33 and 34. The Court finds and ORDERS:

1.      Plaintiff's motion to be present at trial is premature as a trial date has not been set. The motion, Dkt. 31, is **DENIED** without prejudice.

2.      Plaintiff's motion to compel production of video recordings, Dkt. 32, is **DENIED** without prejudice. If Plaintiff seeks discovery of these video recordings, he must serve a request

ORDER DENYING MOTION FOR
PRESENCE AND PRODUCTION OF VIDEO,
DKTS. 31 AND 32. - 1

for production of the videos on Defendants, and meet and confer with Defendants if they oppose production of the requested videos.

3.    The Clerk shall provide the parties with a copy of this Order.

DATED this 16th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION FOR
PRESENCE AND PRODUCTION OF VIDEO,
DKTS. 31 AND 32. - 2