UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMAR SHANTA RHOME,<br><br>Plaintiff,<br>v.<br><br>GRANDTHOM et al.,<br><br>Defendants. | CASE NO. 3:25-cv-06027-LK<br><br>ORDER EXTENDING TIME TO FILE OBJECTIONS |

This matter comes before the Court sua sponte. Having observed that Plaintiff's mail has been returned as undeliverable, on August 3, 2026, the Clerk resent a copy of the Report and Recommendation ("R&R") to Petitioner at his current address: STAFFORD CREEK CORRECTIONS CENTER, 191 CONSTANTINE WAY, ABERDEEN, WA 98520. Dkt. No. 49.

In order to allow Plaintiff sufficient time to receive the R&R and file objections, the Court extends his deadline to file objections to September 3, 2026. The R&R shall be re-noted to September 3, 2026. Failure to file objections within the specified time may affect rights to appeal. Objections must be noted for consideration 14 days from the date they are filed. Responses to

objections may be filed by the 14-day noting date. If no timely objections are filed, the matter will be ready for the Court's consideration on September 3, 2026.

Dated this 17th day of August, 2026.

Lauren King
United States District Judge